UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RASHID BROWN #183346,

    Plaintiff,

v.                                                            Case No. 2:06-cv-62
                                                                                 HON. R. ALLAN EDGAR

DENISE GERTH,

    Defendant.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on June 6, 2007. The Report and Recommendation recommended that Defendants' motion for summary judgment be granted and Plaintiff's case be dismissed in its entirety. The Court received objections from the Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

        In his objections, Plaintiff merely reasserts the contentions set forth in response to the motion for summary judgment. As noted by the Magistrate Judge in the report and recommendation, Plaintiff has failed to sustain his burden of proof in response to Defendant's motion for summary judgment.

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #42) is approved and adopted as the opinion of the court.

Dated:    8/29/07                                                         */s/ R. Allan Edgar*
                                                                                       R. ALLAN EDGAR
                                                                                       UNITED STATES DISTRICT JUDGE